AO 442 (Rev. 12/85) Warrant for Arrest    AUSA EDWARD RYAN    SPECIAL AGENT TODD PHILLIPS (305) 590-4451

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

PATRICK ROBERTS

## WARRANT FOR ARREST

CASE NUMBER: 00-6013 CR-HURLEY MAGISTRATE JUDGE VITUNAC

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___PATRICK ROBERTS___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with Intent to Distribute Crack Cocaine and Possession with Intent to Distribute Crack Cocaine,

in violation of Title __21;18__ United States Code, Section(s) __846; 841(a)(1) ; 2.__

FILED by __ D.C.
JAN 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

__CLARENCE MADDOX__
Name of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

Bail fixed at $ __Pretrial Detention Requested__

__COURT ADMINISTRATOR\CLERK OF THE COURT__
Title of Issuing Officer

__January 13, 2000 Fort Lauderdale, Florida__
Date and Location

_Lurana S. Snow_
by __Lurana S. Snow, Chief United States Magistrate Judge__
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |