COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER   FORT LAUDERDALE

"ABC 3N"

| | | | |
|---|---|---|---|
| DEFT: | PATRICK ROBERTS (J) | CASE NO: | 00-6013-CR-Hurley |
| AUSA: | Ed Ryan *present* | ATTNY: | |
| AGENT: | DEA | VIOL: | 21:841(a)(1); 846 |
| PROCEEDING: | I/A on Sealed Indictment | BOND REC: | PTD |
| BOND HEARING HELD – yes/no | | COUNSEL APPOINTED: | CJA – Charles White |

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

FILED by ___ D.C.
JAN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

✓ – advised of charges
Indictment unsealed
✓ – sworn for counsel

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| (PTD)/BOND HEARING: | 1-28-00 | 9:30 | AEV/WPB mailed |
| PRELIM/ARRAIGN. OR REMOVAL: STATUS CONFERENCE: | 2-18-00 | 10:00am | Johnson/WPB |

DATE: 1/21/00   TIME: 11:00   TAPE # 005   PG # 6 – mailed

2500-3381

10/KB