

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6013-CR-Hurley

UNITED STATES OF AMERICA

vs

Patrick Roberts

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 1-21-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:   Address: In Custody

             Telephone: _____

DEFENSE COUNSEL:   Name: Charles White

                   Address: _____

                   Telephone: _____

BOND SET/CONTINUED:  $ PTD requested

Bond hearing held: yes_____ no _X_  Bond hearing set for 1-28-00
Dated this 21 day of January, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-005

cc: Clerk for Judge
    U. S. Attorney

