# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 01/28/2000    TIME:  9:30 AM

DEFT.    PATRICK ROBERTS  ✓(J)        CASE NO. 00-6013-CR-HURLEY/VITUNAC

AUSA.    _Cotinol Norris_ ✓
         EDWARD RYAN                  ATTY.    CHARLES WHITE ✓ (CJA)

AGENT.   TODD PHILLIPS-DEA            VIOL.    21:841(a)(1),846

PROCEEDING    DETENTION HEARING       BOND.    PTD (REQUESTED BY GOVT)

DISPOSITION _Detention held_

_Deft present with counsel_

_Govt. Proffers Evidence_

_Witness: Mark Renner - Detective City of ___ and - Sworn
test_

_Defense proffers evidence_

_Deft remains detained - Danger to community_

_Written Order to follow_

DATE: _1-28-00_        TAPE: _ACV 00-8-40_

13
/2