UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

Case No.: 00-6013-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

PATRICK ROBERTS,

      Defendant.

_____/

## PRETRIAL DETENTION ORDER

The Court, pursuant to 18 U.S.C. §3142, commonly known as the Bail Reform Act of 1984, hereby **ORDERS** the defendant, , **DETAINED** pursuant to the provisions of Sections (e), (f).

The Court specifically finds that no conditions or combinations of conditions will reasonably assure the appearance of the defendant as required and the safety of the community in that there is a serious risk that the defendant will flee and/or a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror.

The Court makes the following findings of fact with respect to the Order for

1

Detention:

Factors:

a)    The nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug.

The defendant stands indicted with conspiracy to possess with intent to distribute 6.7 grams of crack cocaine. If convicted, he may face up to a 10 year mandatory minimum up to life imprisonment and a four million dollar fine on an enhancement.

b)    The weight of the evidence against the defendant.

The weight of the evidence against the defendant is substantial. The defendant produced crack cocaine to a confidential source and the buy was witnessed by law enforcement and tape recorded.

c)    The history and characteristics of the defendant.

The defendant has an extensive prior criminal history, he is not employed and has impregnated his girlfriend. He has three other children from another relationship for whom he does not pay child support.

The defendant is unemployed and last worked three or four months ago doing landscaping.

The defendant has 19 arrests since 1991 with numerous convictions. He has violated every probation on which he has been placed.

d)    The nature and seriousness of the danger to any person or the community that would be posed by the defendant's release.

This court finds that there the defendant is a danger to the community and that if released from custody, he will likely continue his life of crime. He is **ORDERED**

2

**DETAINED**.

IT IS HEREBY **ORDERED** that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

The Court also directs that the defendant be afforded reasonable opportunity for private consultation with counsel; and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE and ORDERED** in Chambers this January 28, 2000, at West Palm Beach in the Northern Division of the Southern District of Florida.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:

Lothrup Morris, AUSA
Charles White, Esq.
U.S. Marshal
U. S. Pretrial Services