ERR:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.   00-6013-CR-HURLEY/Vitunac

UNITED STATES OF AMERICA,          :
                                   :
vs.                                :
                                   :
PATRICK ROBERTS.                   :
_____:

## GOVERNMENT'S FIRST SUPPLEMENTAL DISCOVERY RESPONSE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this Supplemental Discovery Response pursuant to the Standing Discovery Response issued in this case.

C., D., E.  Attached, please find copies of the plea agreements, informations and NADDIS print-outs for Brian Smith and Demetrius Lightfoot.  One or both of these individuals may be witnesses for the government in the above captioned case.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
EDWARD R. RYAN (Court Bar #A500053)
ASSISTANT U.S. ATTORNEY
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone:  (954) 356-7255x3514
Facsimilie: (954) 3456-7228
E-Mail Address:
(Edward.Ryan@justice.usdoj.gov)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 15 day of February 2000, to: Charles Garrett White, Esquire, Suite 150, 2250 SW 3rd Avenue, Miami, FL 33129.

_____
EDWARD RYAN
ASSISTANT UNITED STATES ATTORNEY