TO: THE HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. ___PATRICK ROBERTS___

CASE NO. ___00-6013___ CR-HURLEY

THIS CAUSE came on for Pre-Trial Status Conference on ___February 18, 2000___.

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

_____ The following motions are pending before the assigned Magistrate Judge:

_____

_____

_____

_____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

_____

_____

_____

__✓__ There are no discovery problems.

_____ The case is likely to settle by plea.

_____ The case is ready for trial and not likely to settle by plea.

_____ The parties estimate trial will take __3__ days to complete.

_____ Other comments: Discovery is being examined by the defense. At this point it is too early to advise as to whether a plea of guilty will be entered

Respectfully submitted,

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

cc: District Judge
    U.S. Attorney's Office
    Defendant