# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 2/18/00   TIME: 10:00 AM

00-6013-CR-DTKH

**DEFT.** PATRICK ROBERTS (J)   **CASE NO.** ~~99-6062-CR-HURLEY~~(S)
(Defendant not needed)

**AUSA.** EDWARD RYAN   **ATTY.** CHARLES WHITE, ESQ.

**AGENT.**    **VIOL.** CONSP/PWID CRACK COCAINE
21:841 (a)(1), 846

**PROCEEDING** STATUS RE: DISCOVERY   **BOND.** PRETRIAL DETENTION (AEV)

**DISPOSITION** Status Conf set 2/28/00 before Judge Hurley

No pending motions. Indictment to be superseded. AUSA to provide tapes if there are any.

DATE: 2/18/00   TAPE: LRJ-00- 11-3335