```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       WEST PALM BEACH DIVISION
```

FILED by M   D.C.
CT. REP.
MAR - 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

REC'D by _____ D.C.
INTAKE
MAR 0 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.

UNITED STATES OF AMERICA,         No. 00-6013-CR-HURLEY

          Plaintiff,              January 28, 2000
                                  West Palm Beach, Florida
     v.

PATRICK ROBERTS,

          Defendant.              ORIGINAL
_____/


          TRANSCRIPT OF PRETRIAL DETENTION HEARING
            BEFORE THE HONORABLE ANN E. VITUNAC,
               UNITED STATES MAGISTRATE JUDGE.


APPEARANCES:

For the Plaintiff:      LOTHROP MORRIS
                        Asst. U.S. Attorney
                        701 Clematis Street #317
                        West Palm Beach, Florida   33401

For the Defendant:      CHARLES WHITE, Esq.


Transcriber:            S. Cullison

                    Accurate Reporting Services, Inc.
                              Third Floor
                        172 West Flagler Street
                         Miami, Florida  33130