# AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

(REV..) VOUCHER NO. 72972000108

**1. JURISDICTION**
- 1 ☐ MAG. JUDGE
- 2 ☒ DISTRICT
- 3 ☐ APPEALS
- 4 ☐ OTHER

**2. MAG. JUDGE DOCKET NO.**

**PAID BY** MRC - 3/16/00
**ACCTG. CLASS. NOS.**

**3. DISTRICT DOCKETING NO.** 00-6013-CR-HURLEY 01

**4. APPEALS DOCKET NO.**

**5. FOR (DISTRICT/CIRCUIT)** So.Dist. of Fla.

**6. IN THE CASE OF** UNITED STATES OF AMERICA vs. PATRICK ROBERTS

**7. PERSON REPRESENTED** PATRICK ROBERTS

**8. LOCATION/ORGANIZATION CODE** W. Palm Beach  FLSXY

**DATE PAID** 3/16/00 AM

**9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)**
Motion to Vacate Detention Order

REC'D by _____ D.C.
MAR 29 2000
CLERK, U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

1001
21:846 = CP.F
21:841A = CDF

**10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)**
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C)

DETENTION HEARING 1/28/00

MINUTES ATTACHED

008AEV@40

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY ▶ [signature]  DATE ▶ 1/31/00
CHARLES G. WHITE, ESQ. (305) 856-1211
PRINTED NAME OF ATTORNEY    PHONE NUMBER
app 1/31/00

- 1 ☐ FPD
- 2 ☐ CDO
- 3 ☒ PANEL ATTORNEY
- 4 ☐ RETAINED ATTORNEY
- 5 ☐ PRO SE

**12. COURT ORDER**
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER ▶ [signature]
DATE ▶ 2/3/2000

FILED by _____ D.C.
CT. REP.
MAR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA.

**13. SPECIAL AUTHORIZATIONS** | **14. JUDGE'S INITIALS**
--- | ---
A. Apportion _____ % of transcript with _____ | 14. A.
B. ☐ Expedited ☐ Daily ☐ Hourly Transcript | 14. B.
C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | 14. D.

## CLAIM FOR SERVICES

**15. COURT REPORTER/TRANSCRIBER STATUS**
☐ Official  ☐ Contract  ☒ Transcriber  ☐ Other

**18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)**
172 W Flagler St #325
Miami FL 33130

**16. FULL NAME OF PAYEE**
ACCURATE REPORTING

**17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE**
59-1115424

**19. TELEPHONE NO.** AREA CODE (305) NUMBER 371-1537

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| A. Original | 1—19 | 18 | $3.00 | $ | $ | $54.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

**21. CLAIMANT'S CERTIFICATION**
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

[signature]  3/9/00
CLAIMANT'S CERTIFICATION  DATE

**22. CERTIFICATION OF ATTORNEY OR CLERK**
I hereby certify that the transcript was received.

[signature]  3/13/00
SIGNATURE OF ATTORNEY/CLERK OF COURT  DATE

**23. TOTAL CLAIMED** $54.00

**24. APPROVED FOR PAYMENT**
[signature] Daniel T. K. Hurley  3/9/00
SIGNATURE OF PRESIDING JUDICIAL OFFICER  DATE

**25. AMT. APPROVED** $54.00
3/13/00

**ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT**