## CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

FILED by _____ D.C.

MAR 3 0 2000

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

==================================================

Case No. __OO-6013-CR__          Date __March 30, 2000__

Courtroom Deputy: _James E. Caldwell_     Court reporter: _Pauline Stipes_

Language Spoken: __English__     Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA  v.  __Patrick Roberts__

AUSA: __Edward R. Ryan__  DEFENSE COUNSEL: __Charles White__

TYPE OF HEARING: __Change of plea from not guilty to guilty as to Count II of the indictment.__

RESULTS OF HEARING: __After an inquiry, the plea of guilty was accepted.__

Misc.: __Sentencing date set for friday, June 16, 2000, at 8:30 a.m.__