)                                    )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6013-CR-HURLEY

U.S. MAGISTRATE VITUNAC

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-

PATRICK ROBERTS,

       Defendant.
_____/

**NIGHT BOX FILED**

**JUN 1 3 2000**

CLERK, USDC / SDFL / WPB

## MOTION TO CONTINUE SENTENCING

The Defendant, **PATRICK ROBERTS**, through counsel, respectfully requests this Court continue the sentencing of this cause, and in support thereof would state:

1. Sentencing is currently set for June 16, 2000. Counsel has commenced jury trial in the case of <u>State v. Kende Moses</u>, Case No. F99-1423, in the Circuit Court in Miami-Dade County. This is a first-degree murder case with a waived death penalty. Based upon the best estimates of both parties, the case will last until the end of the week.

2. According to the PSI, the Defendant qualifies as a Career Offender. Counsel needs additional time to review the Court files for those prior convictions before he can submit appropriate Objections and/or Motions for Downward Departure. Additional time is needed in order to accomplish this task.



CHARLES G. WHITE, P.A., 2250 S.W. Third Avenue, Suite 150, Miami, FL 33129

3. Assistant U.S. Attorney Edward Ryan was unavailable to be contacted.

THEREFORE, the Defendant requests this Court grant him a continuance of the sentencing.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13th day of June, 2000, to: EDWARD RYAN, ASST. U.S. ATTORNEY, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394; and SHEILA PARSONS, USPO, U.S. Probation Office, 501 S. Flagler Drive, Suite 400, West Palm Beach, FL 33401.

Respectfully submitted,

CHARLES G. WHITE, P.A.
Counsel for Defendant
2250 S.W. Third Avenue
Suite 150
Miami, Florida 33129
Tel: (305) 856-1211
Fax: (305) 856-0171
Florida Bar No. 334170

_____
CHARLES G. WHITE, ESQ.