UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6013-CR-HURLEY

U.S. MAGISTRATE VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

PATRICK ROBERTS,

    Defendant.
_____/

## MOTION TO CONTINUE SENTENCING

Defendant, **PATRICK ROBERTS**, through counsel, respectfully requests this Court continue the sentencing of this cause, and in support thereof would state:

1. Sentencing is currently set for 10:30 a.m. on Friday, July 21, 2000.

2. Counsel is currently engaged in a jury trial in the case of State v. Joseph Toomer, Case No. F98-8554, in Miami-Dade Circuit Court. This is a first-degree murder case and the State is seeking the death penalty.

2. As of this writing, counsel has been advised by the judge in the Toomer case that the extended jury selection commencing on July 20, 2000, will recommence at 1:30 p.m. on July 21, 2000. Counsel has a hearing on an Emergency Motion regarding a client's medical condition in the case of United States v. Donovan Dixon, Case No. 00-0508-CR-HIGHSMITH, before U.S. Magistrate Judge Simonton at 8:45 a.m. on

July 21, 2000. Given the need to attend that hearing, the uncertainty as to when in the morning the instant case will be called for sentencing, and taken into account the excessive travel time involved in driving from Miami to West Palm Beach and back to Miami, it would be respectfully suggested that a continuation of the sentencing be appropriate.

WHEREFORE, the Defendant respectfully requests this Court continue the sentencing of this cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 20th day of July, 2000, to: EDWARD RYAN, ASST. U.S. ATTORNEY, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394; and SHEILA PARSONS, USPO, U.S. Probation Office, 501 S. Flagler Drive, Suite 400, West Palm Beach, FL 33401.

Respectfully submitted,

CHARLES G. WHITE, P.A.
Counsel for Defendant
2250 S.W. Third Avenue
Suite 150
Miami, Florida 33129
Tel: (305) 856-1211
Fax: (305) 856-0171
Florida Bar No. 334170

CHARLES G. WHITE, ESQ.
FOR