UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6013-CR-HURLEY

U.S. MAGISTRATE VITUNAC

UNITED STATES OF AMERICA,

   Plaintiff,

-vs-

PATRICK ROBERTS,

   Defendant.
_____/



FILED by D.C.
JUL 28 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER CONTINUING SENTENCING

THIS CAUSE having come before the Court upon Defendant's Motion to Continue Sentencing, and the Court having been fully advised in the premises, it is

ORDERED and ADJUDGED that said Motion is hereby **GRANTED** and the Sentencing of this cause is continued to **FRIDAY, AUGUST 18, 2000, at 8:30 a.m.** .

DONE and ORDERED in Chambers at West Palm Beach, Florida, this _27__ day of July, 2000.

            HONORABLE DANIEL T.K. HURLEY

Copies to:

Charles G. White, P.A.
Edward Ryan, Asst. U.S. Attorney
Sheila Parsons, USPO