UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6013-CR-HURLEY

U.S. MAGISTRATE VITUNAC

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-

PATRICK ROBERTS,

          Defendant.

_____/



## NOTICE OF APPEAL

    NOTICE IS HEREBY GIVEN that **PATRICK ROBERTS**, Defendant

above named, hereby appeals to the United States Court of

Appeals for the Eleventh Circuit from the Judgment and

Conviction entered August 18, 2000, by the Honorable T.K.

Hurley.

                            Respectfully submitted,

                            CHARLES G. WHITE, P.A.
                            Counsel for Defendant
                            2250 S.W. Third Avenue
                            Suite 150
                            Miami, Florida 33129
                            Tel:  (305) 856-1211
                            Fax:  (305) 856-0171
                            Florida Bar No. 334170



                          CHARLES G. WHITE, ESQ.



**CHARLES G. WHITE, P.A., 2250 S.W. Third Avenue, Suite 150, Miami, FL 33129 / (305) 856-1211 / FAX: (305) 856-0171**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 31st day of August, 2000, to: EDWARD RYAN, ASST. U.S. ATTORNEY, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, FL 33394.

Respectfully submitted,

CHARLES G. WHITE, P.A.
Counsel for Defendant
2250 S.W. Third Avenue
Suite 150
Miami, Florida 33129
Tel:  (305) 856-1211
Fax:  (305) 856-0171
Florida Bar No. 334170

CHARLES G. WHITE, ESQ.