```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          NORTHERN DIVISION


UNITED STATES OF AMERICA,       )    Docket No.
                                )    00-6013-Cr-HURLEY
              Plaintiff,        )
                                )    West Palm Beach, Fl
       v.                       )    March 30, 2000
                                )    10:30 a.m.
PATRICK ROBERTS,                )
                                )
              Defendant.        )
                                )
--------------------------------x
```

                    TRANSCRIPT OF PLEA HEARING
              BEFORE THE HONORABLE DANIEL T.K. HURLEY


APPEARANCES:

For the Government:       EDWARD RYAN, Assistant U.S. Attorney.




For the Defendant:        CHARLES WHITE, ESQ.




Court Reporter:           Pauline A. Stipes, CSR, RPR, RMR
                          United States Courthouse
                          West Palm Beach, FL  33401

                         Pauline A. Stipes
                      Official Federal Reporter