CJA 24
(REV. 7/95)

# AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

VOUCHER NO. FLST2000519
PAID BY 11/7/00

1. JURISDICTION
   1. ☐ MAG. JUDGE
   2. ☒ DISTRICT
   3. ☐ APPEALS
   4. ☐ OTHER

2. MAG. JUDGE DOCKET NO.

ACCTG. CLASS. NOS.

3. DISTRICT DOCKETING NO.
   00-6013-CR-HURLEY 01

4. APPEALS DOCKET NO.

5. FOR (DISTRICT/CIRCUIT) So.Dist. of Florida

6. IN THE CASE OF UNITED STATES OF AMERICA vs. PATRICK ROBERTS

7. PERSON REPRESENTED PATRICK ROBERTS

8. LOCATION/ORGANIZATION CODE WPB

DATE PAID 11/7/00

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
   APPEAL

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
    NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).
    CHANGE OF PLEA 3/30/00

FILED
REC'D BY _____ D.C.
NOV 09 2000
CLARENCE MADDOX

11. ATTORNEY'S STATEMENT
    As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.
    
    SIGNATURE OF ATTORNEY   DATE ▶ 9/14/00
    CHARLES G. WHITE   (305) 856-1211
    PRINTED NAME OF ATTORNEY   PHONE NUMBER
    1 ☐ FPD   2 ☐ CDO   3 ☒ PANEL ATTORNEY
    4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

12. COURT ORDER
    Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.
    
    SIGNATURE OF PRESIDING JUDICIAL OFFICER
    DATE ▶ 10/3/00

13. SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS

A. Apportion _____ % of transcript with _____ | 14. A.

B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript | 14. B.

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions | 14. C.

D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | 14. D.

## CLAIM FOR SERVICES

15. COURT REPORTER/TRANSCRIBER STATUS
    ☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other

16. FULL NAME OF PAYEE
    PAULINE STIPES

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE
    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

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)
    U.S. DISTRICT COURT
    701 Clematis St.
    West Palm Beach, FL 33401

19. TELEPHONE NO.
    AREA CODE (561) NUMBER 651-3866

20. TRANSCRIPT

| | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-28 | 28 | $3.00 | $54.00 | $ | $54.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | DE#37 filed 10-30-00 | | | | $ |

21. CLAIMANT'S CERTIFICATION
    I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.
    
    CLAIMANT'S CERTIFICATION   DATE 10/30/00

22. CERTIFICATION OF ATTORNEY OR CLERK
    I hereby certify that the transcript was received.
    
    SIGNATURE OF ATTORNEY/CLERK OF COURT   DATE 11/6/00

23. TOTAL CLAIMED $54.00

24. APPROVED FOR PAYMENT
    SIGNATURE OF PRESIDING JUDICIAL OFFICER   DATE ▶ 10/30/00

25. AMT. APPROVED $54.00