1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APPEAL
NOV 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT,
S.D. OF FLA. · MIAMI

ORIGINAL

4

5    UNITED STATES OF AMERICA, )
                              )
6                  Plaintiff, ) Case No. 00-6013-CR-HURLEY
     vs.                      )
7                             ) **West Palm Beach, Florida**
     PATRICK ROBERTS         ) **August 18, 2000**
8                             ) **8:50 a.m.**
                  Defendant.  )
9    _____ )

10              TRANSCRIPT OF PROCEEDINGS
        BEFORE TH⸃ HONORABLE DANIEL T. HURLEY
11         UNI⸃ ⸃TATES DISTRICT JUDGE

12                  <u>OF PATRICK ROBERTS</u>

13   <u>APPEARANCE⸃</u>

14   <u>FOR T⸃</u>          *Send to*          ⸃ UNITED STATES ATTORNEY
15                    *WPB*                        Avenue
16                                        ⸃lorida  33401
                                            .IS, ESQ.
17
                         *after*
18   ⸃                                    ., P.A.
                      *Scanning*           ⸃ Avenue
19                                  ⸃da  33129
20                                  ⸃S G. WHITE, ESQ.

     <u>COURT REPOR.</u>          S. Morris, RPR
21                          ⸃re Reporting, Inc.
                          Camden Avenue
22                       ⸃uart, Florida  34994

23

     Proceedings recorded by mechanical stenography,
24   transcript produced by computer.

25