# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

December 11, 2000

Clarence Maddox
Clerk, U.S. District Court
701 Clematis St., Room 402
West Palm Beach FL 33401



RE: 00-14753-II USA v. Patrick Roberts
DC DKT NO.: 00-06013 CR-DTKH

Enclosed is a certified copy of an order remanding the referenced appeal for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

Upon completion of remand proceedings, please promptly send a certified copy of the ORDER ON REMAND accompanied by an updated indexed district court docket sheet to this office.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Debbie Cordell (404) 335-6166

Enclosures:

Volume(s) of Record

Box(es) of Exhibits

Envelope(s) of Exhibits

# LIMITED REMAND

CLK-3 (8-2000)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

NO. 00-14753-I



UNITED STATES OF AMERICA,

                Plaintiff-Appellee,

versus

PATRICK ROBERTS,

                Defendant-Appellant.

Appeal from the United States District Court for the
Southern District of Florida

Before EDMONDSON and HULL, Circuit Judges.

BY THE COURT:

 This case is REMANDED to the district court for the limited purpose of determining whether Appellant's notice of appeal, filed on September 5, 2000, was untimely based on good cause or excusable neglect. See Fed.R.App.P. 4(b)(1)(A) & (b)(4); United States v. Ward, 696 F.2d 1315, 1317-18 (11th Cir.), cert. denied, 461 U.S. 934 (1983). Upon making the above determination, the district court shall return the record, as supplemented, to this Court for further consideration.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _Debbie Cordell_
Deputy Clerk
Atlanta, Georgia