UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6013-CR-HURLEY
(Appeal No. 00-14753-I)

UNITED STATES OF AMERICA,
    Plaintiff-Appellee,

v.

PATRICK ROBERTS,
    Defendant-Appellant,
_____/

FILED by _____ D.C.
DEC 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE

**THIS MATTER** come before the court upon remand from the United States Court of Appeals for the Eleventh Circuit for the limited purpose of determining whether Appellant's notice of appeal, filed on September 5, 2000, was untimely based on good cause or excusable neglect. See Fed.R.App.P. 4(b)(1)(A) & (b)(4); United States v. Ward, 696 F.2d 1315, 1317-18 (11th Cir.), cert. denied, 461 U.S. 934 (1983). Upon review, it is

**ORDERED** and **ADJUDGED**:

1. Pursuant to 28 U.S.C. § 636 (B), this matter is **REFERS** to United States Magistrate Judge Ann E. Vitunac with instructions to conduct an evidentiary hearing and prepare proposed findings of fact and conclusions of law with respect to the above mentioned remand.

2. Counsel shall send copies of all relevant pleadings and filings directly to the above referenced Magistrate Judge when filed with the court.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this ___22ND___ day of December, 2000.

**copy furnished:**
Magistrate Judge Ann E. Vitunac
AUSA Edward Ryan
Charles White, Esq.

Daniel T. K. Hurley
United States District Judge