UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6013-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PATRICK ROBERTS,

        Defendant.
_____/

### REPORT AND RECOMMENDATION

THIS CAUSE is before this Court on remand from the United States Court of Appeals for the Eleventh Circuit (DE 41) "for the limited purpose of determining whether Appellant/Defendant's notice of appeal, filed on September 5, 2000, was untimely based on good cause or excusable neglect" and on Order of Referral to United States Magistrate Judge (DE __) by District Judge Daniel T. K. Hurley entered on December 22, 2000, "to conduct an evidentiary hearing and prepare proposed findings of fact and conclusions of law with respect to the above mentioned remand."

The Federal Rules of Appellate Procedure require that:

> In a criminal case, a defendant's notice of appeal must be filed in the district court within 10 days after the later of:
>     (i) the entry of either the judgment or order being appealed; or
>     (ii) the filing of the government's notice of appeal.

Fed. R. App. P. 4(b)(1)(A). A judgment or order is entered for purposes of this rule "when it is entered on the criminal docket." Fed. R. App. P. 4(b)(6)

On Friday, August 18, 2000, the District Judge signed Appellant/Defendant's Judgment in a Criminal Case (DE 31). The court docket shows that this Judgment was entered on the criminal docket on Monday, August 21, 2000. Therefore, Appellant/Defendant had until Thursday, August 31, 2000, to file his notice of appeal (10 days from August 21, 2000).

Appellant/Defendant's notice of appeal was stamped as received by the Clerk of the District Court on Thursday, August 31, 2000 (10th day from the entry of the Judgment). However, the

notice of appeal was not entered onto the criminal docket until September 5, 2000 (15 days from the entry of the Judgment). This Court <u>sua sponte</u> contacted the Clerk's office to determine why the notice of appeal was not docketed until September 5, 2000. The Clerk's office determined that this was merely a clerical error and that the notice of appeal should have been docketed on August 31, 2000.

Since the notice of appeal was filed within 10 days after the date that the Judgment was entered onto the criminal docket, this Court finds that the notice of appeal was timely filed.

### RECOMMENDATION

For the reasons stated above, it is hereby RECOMMENDED that Appellant/Defendant's notice of appeal be considered timely filed.

Any party may serve and file written objections to this Report and Recommendation with the Honorable Daniel T. K. Hurley, within ten (10) days after its receipt. <u>See</u> 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. <u>See</u> <u>U. S. v. Warren</u>, 687 F. 2d 347, 348 (11th Cir.1982) <u>cert. denied</u>, 460 U.S. 1087 (1983).

DONE and RECOMMENDED in Chambers at West Palm Beach in the Southern District of Florida, this 27 day of December, 2000.

ANN E. VITUNAC
United States Magistrate Judge

Copies to:
AUSA Edward Ryan (Fort Lauderdale)

Charles White, Esq.
2250 S.W. 3rd Avenue, Suite 150
Miami, FL 33129