CJA 24 (REV. 7/95)

# AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

VOUCHER NO. FLST2000 670

| | |
|---|---|
| 1. JURISDICTION: 1 ☐ MAG. JUDGE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. JUDGE DOCKET NO. |
| 3. DISTRICT DOCKETING NO. 00-6013-CR-HURLEY 01 | 4. APPEALS DOCKET NO. |
| 5. FOR (DISTRICT/CIRCUIT) So.Dist. of Fla. | |

PAID BY:
ACCTG. CLASS. NOS.
DATE PAID 1/3/01

**6. IN THE CASE OF** UNITED STATES OF AMERICA VS. PATRICK ROBERTS

**7. PERSON REPRESENTED** PATRICK ROBERTS

**8. LOCATION/ORGANIZATION CODE** WPB

**9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)**
APPEAL

REC'D by _____ D.C. JAN 16 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.

FILED by _____ D.C. JAN 12 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI

**10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)**
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

SENTENCING 8/18/00

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY ▶ [signature]   DATE ▶ 9/14/00
PRINTED NAME OF ATTORNEY: CHARLES G. WHITE   PHONE NUMBER: (305) 856-1211
1 ☐ FPD   2 ☐ CDC   3 ☒ PANEL ATTORNEY   4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

**12. COURT ORDER**
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER ▶ Daniel T. K. Hurley
DATE ▶ 10/3/00

| 13. SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS |
|---|---|
| A. Apportion _____ % of transcript with | 14. A. |
| B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript | 14. B. |
| C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal  ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions | 14. C. |
| D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | 14. D. |

## CLAIM FOR SERVICES

| | |
|---|---|
| **15. COURT REPORTER/TRANSCRIBER STATUS**  ☐ Official   ☒ Contract   ☐ Transcriber   ☐ Other | **18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)** 422 Camden Avenue  Stuart, FL 34994 |
| **16. FULL NAME OF PAYEE** ESQUIRE REPORTING | |
| **17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE** 65-0603506 | **19. TELEPHONE NO.** AREA CODE (561) NUMBER 283-8002 |

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-27 | 27 | $ 3.00 | $ | $ | $ 81.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

**21. CLAIMANT'S CERTIFICATION**
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

CLAIMANT'S CERTIFICATION ▶ [signature Deanna Marie]   DATE ▶ 11/13/00

**22. CERTIFICATION OF ATTORNEY OR CLERK**
I hereby certify that the transcript was received.

SIGNATURE OF ATTORNEY/CLERK OF COURT ▶ [signature]   DATE ▶ 12/5/00

**23. TOTAL CLAIMED** $ 81.00

**24. APPROVED FOR PAYMENT**
SIGNATURE OF PRESIDING JUDICIAL OFFICER ▶ Daniel T. K. Hurley   DATE ▶ 12/19/00

**25. AMT. APPROVED** $ 81.00