UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6013-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PATRICK ROBERTS,

Defendant.
_____/



FILED by ___ D.C.
JAN 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

## ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court upon the Report and Recommendation of a United States Magistrate Judge as to the timeliness of Defendant's Notice of Appeal. Upon *de novo* review of the Report and Recommendation and in accordance with *28 U.S.C. §636(B)(1)(c)*, it is

**ORDERED** and **ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation [DE 43] is **ADOPTED**.

2. The Defendant's Notice of Appeal shall be deemed timely filed.

**DATED** and **SIGNED** in Chambers at West Palm Beach, this _30th_ day of _January_, 2001.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Bruce Reinhart (WPB)
Charles White, Esq.

