UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6013-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICK ROBERTS,

    Defendant.
_____/



FILED by _____ D.C.

FEB - 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

ORDER ADOPTING REPORT AND RECOMMENDATION OF
MAGISTRATE JUDGE WITHOUT OBJECTIONS AND
DETERMINING NOTICE OF APPEAL WAS TIMELY FILED

**THIS CAUSE** comes before the court on remand from the United States Court of Appeals for the Eleventh Circuit for the limited purpose of determining whether appellant/defendant's notice of appeal, filed on September 5, 2000, was untimely based on good cause or excusable neglect. On December 22, 2000, the court referred the matter to United State Magistrate Judge Vitunac with instructions to conduct an evidentiary hearing and prepare proposed findings of fact and conclusions of law. Upon review of the report and recommendation, it is hereby

**ORDERED** and **ADJUDGED**:

1) The Report and Recommendation of the United States Magistrate Judge, with its findings of fact and conclusions of law, [DE # 43], is **ADOPTED** in its entirety and incorporated herein by reference.

2) Appellant/Defendant's notice of appeal was timely filed.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _1st_ day of _February_____, 2001.

                                      Daniel T.K. Hurley
                                      United States District Judge



copies furnished to:

Magistrate Judge Vitunac
Edward Ryan, AUSA
Charles White, Esq.