UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33401

CLARENCE MADDOX,
CLERK OF COURT

Date: **February 1, 2001**

**Clerk, United States Court of Appeals**
**Eleventh Circuit**
56 Forsyth Street, N. W.
Atlanta, GA. 30303

| IN RE: | District Court No: | 00-6013-CR-DTKH |
|---|---|---|
| | Appeal Court No: | 00-14759-II |
| | Style: | USA   V.   ROBERTS |

### CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

__1__  Volume(s) of pleadings;

__3__  Volume(s) of transcripts;

____  Exhibits:   ____  boxes;   ____  folders;

                   ____  envelopes;   ____  other;

                   __1__  PSIs (sealed)

____  Other:

Sincerely,

CLARENCE MADDOX, , Clerk of Court

By: _Marjorie R. Rotate_
    (Deputy Clerk)
Attachment
C: Court file

```
                                                              AEV      CLOSED
                                                              APPEAL
                    U.S. District Court
            Southern District of Florida (FtLauderdale)

         CRIMINAL DOCKET FOR CASE #: 00-CR-6013-ALL
```

USA v. Roberts                                            Filed: 01/13/00
Dkt# in other court: None

Case Assigned to: Judge Daniel T. K. Hurley

PATRICK ROBERTS (1)              Charles Garret White
    defendant                        [term  08/21/00]
[term  08/21/00]                 FTS 856-0171
                                 305-856-1211
                                 Suite 150
                                 [COR LD NTC cja]
                                 2250 SW 3rd Avenue
                                 Miami, FL 33129

Pending Counts:                   Disposition

21:841A=CD.F CONTROLLED SUBST     Imprisonment 151 months;
SELL/DISTR/DISPENSE               Supervised Release 3 years;
(2)                               Assessed $ 100.00
                                  (2)

Offense Level (opening): 4

Terminated Counts:                Disposition

21:846=CP.F CONSPIRACY POSSESS    dismissed
CONTRL SUBSTANCE                  (1)
(1)

Offense Level (disposition): 4


Complaints:

    NONE


U. S. Attorneys:

    Edward R. Ryan
    FTS 356-7228

Docket as of January 31, 2001 4:03 pm                     Page 1

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida
By _____ mer
                    Deputy Clerk
Date  2/1/01

Proceedings include all events.                                                         AEV
0:00cr6013-ALL USA v. Roberts                                                    CLOSED APPEAL

   954-356-7255
   [COR LD NTC]
   United States Attorney's Office
   500 E Broward Boulevard
   7th Floor
   Fort Lauderdale, FL 33394-3002
   954-356-7254

   PTS Officer
   FTS 803-3469
   561-803-3460
   [COR LD NTC]
   Pretrial Services Office
   701 Clematis Street
   Room 221
   West Palm Beach, FL 33401
   561-803-3460

   Probation Officer
   FTS 655-1049
   561-804-6894
   [COR LD NTC]
   United States Probation Office
   501 S Flagler Drive
   Suite 400
   West Palm Beach, FL 33401-5912
   561-804-6894

*Begin Vol #1*

Proceedings include all events.                                               AEV
0:00cr6013-ALL USA v. Roberts                                         CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 1/13/00 | 1 | MOTION by USA as to Patrick Roberts to seal indictment and arrest warrant until arrest of the defendant (pb) [Entry date 01/19/00] |
| 1/13/00 | 2 | ORDER as to Patrick Roberts granting [1-1] motion to seal indictment and arrest warrant until arrest of the defendant as to Patrick Roberts (1) ( Signed by Ch. Magistrate Judge Lurana S. Snow on 1/13/00) CCAP [EOD Date: 1/19/00] CCAPΔ (pb) [Entry date 01/19/00] |
| 1/13/00 | 3 | SEALED INDICTMENT as to Patrick Roberts (1) count(s) 1, 2 (Criminal Category 1) (pb) [Entry date 01/19/00] |
| 1/13/00 | 4 | ARREST WARRANT issued as to Patrick Roberts . Warrant issued by Ch. Magistrate Judge Lurana S. Snow Pretrial Detention Requested (pb) [Entry date 01/19/00] |
| 1/13/00 | -- | Magistrate identification: Magistrate Judge Ann E. Vitunac (pb) [Entry date 01/19/00] |
| 1/21/00 | 5 | ORDER SETTING STATUS CONFERENCE as to Patrick Roberts for 10:00 2/18/00 for Patrick Roberts before Magistrate Linnea R. Johnson ( Signed by Magistrate Linnea R. Johnson on 1/20/00) CCAP [EOD Date: 1/24/00] (kw) [Entry date 01/24/00] |
| 1/21/00 | 6 | STANDING DISCOVERY ORDER as to Patrick Roberts all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Barry S. Seltzer on 1/21/00) CCAP (kw) [Entry date 01/24/00] |
| 1/21/00 | 7 | CJA 20 as to Patrick Roberts : Appointment of Attorney Charles Garret White ( Signed by Magistrate Barry S. Seltzer on 1/21/00) (kw) [Entry date 01/24/00] |
| 1/21/00 | 8 | ORDER on Initial Appearance as to Patrick Roberts Bond set to for Patrick Roberts. Detention hearing set for 9:30 1/28/00 for Patrick Roberts ; before Magistrate Barry S. Seltzer, , ( Signed by Magistrate Barry S. Seltzer on 1/21/00) CCAP (kw) [Entry date 01/24/00] |
| 1/21/00 | 9 | ORDER as to Patrick Roberts to Unseal indictment ( Signed by Magistrate Barry S. Seltzer on 1/21/00) CCAP [EOD Date: 1/24/00] CCAPΔ (kw) [Entry date 01/24/00] |
| 1/21/00 | -- | Indictment unsealed as to Patrick Roberts (kw) [Entry date 01/24/00] |
| 1/21/00 | 10 | Minute of initial appearance held on 1/21/00 before Magistrate Barry S. Seltzer as to Patrick Roberts ; Court Reporter Name or Tape #: 005 2500-3381 (kw) [Entry date 01/24/00] |

Vol #1 Cont.

Proceedings include all events.                                        AEV
0:00cr6013-ALL USA v. Roberts                                   CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 1/21/00 | 11 | ARRAIGNMENT INFORMATION SHEET for Patrick Roberts (1) count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (kw) [Entry date 01/24/00] |
| 1/21/00 | -- | ARREST of Patrick Roberts (kw) [Entry date 01/26/00] |
| 1/26/00 | 12 | ARREST WARRANT Returned Executed as to Patrick Roberts on 1/21/00 (kw) [Entry date 01/26/00] |
| 1/28/00 | 13 | Minute of Detention Hearing held on 01/28/00 before Magistrate Ann E. Vitunac as to Patrick Roberts; Tape #: AEV-00-8-40 (kz) [Entry date 01/28/00] |
| 1/28/00 | -- | Detention hearing as to Patrick Roberts held (kz) [Entry date 01/28/00] |
| 1/28/00 | 14 | PRETRIAL DETENTION ORDER as to Patrick Roberts before Magistrate Ann E. Vitunac ( Signed by Magistrate Ann E. Vitunac on 1/28/00) CCAP (pa) [Entry date 01/28/00] |
| 2/4/00 | 15 | ORDER SETTING STATUS CONFERENCE as to Patrick Roberts Status conference set for 9:00 2/28/00 for Patrick Roberts before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on 2/3/00) CCAP [EOD Date: 2/7/00]   CCAP (kw) [Entry date 02/07/00] |
| 2/14/00 | 16 | RESPONSE to Standing Discovery Order by USA  as to Patrick Roberts (kw) [Entry date 02/14/00] |
| 2/16/00 | 17 | SUPPLEMENT by USA as to Patrick Roberts  to: [16-1] order response (kw) [Entry date 02/16/00] |
| 2/18/00 | 18 | PRETRIAL ORDER as to Patrick Roberts  ( Signed by Magistrate Linnea R. Johnson ) CCAP [EOD Date: 2/18/00] CCAP (kw) [Entry date 02/18/00] |
| 2/18/00 | 19 | Minute of status re: discovery held on 2/18/00  before Magistrate Linnea R. Johnson as to Patrick Roberts ;  Court Reporter Name or Tape #: LRJ-00-11-3335 (kw) [Entry date 02/18/00] |
| 3/3/00 | 21 | TRANSCRIPT filed as to Patrick Roberts  of Pretrial Detention Hearing held 1/28/00   before Judge Vitunac Volume #: 1  Pages: 19 (kw) [Entry date 03/07/00] |
| 3/6/00 | 20 | ORDER as to Patrick Roberts  set Jury trial for 4/3/00 for Patrick Roberts   before Judge Daniel T. K. Hurley, and set calendar call for 1:30 3/24/00 for Patrick Roberts before Judge Daniel T. K. Hurley, and to Continue in Interest of Justice ( Signed by Judge Daniel T. K. Hurley on 3/5/00) CCAP [EOD Date: 3/7/00] CCAPΔ (kw) [Entry date 03/07/00] |

Vol #2

Vol # 1 Cont

Proceedings include all events.                                                   AEV
0:00cr6013-ALL USA v. Roberts                                           CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 3/28/00 | 22 | CJA 24 as to Patrick Roberts Authorization to Pay $ 54.00 for Transcript Voucher # FLST2000108 ( Signed by Judge Daniel T. K. Hurley on 3/9/00) CCAP [EOD Date: 3/29/00] (kw) [Entry date 03/29/00] |
| 3/30/00 | 23 | Minute of change of plea held on 3/30/00 before Judge Daniel T. K. Hurley as to Patrick Roberts ; GUILTY: Patrick Roberts (1) count(s) 2 Court Reporter Name: Pauline Stipes (kw) [Entry date 03/31/00] |
| 3/30/00 | 24 | Plea Agreement as to Patrick Roberts (kw) [Entry date 03/31/00] |
| 3/30/00 | 25 | NOTICE of Hearing as to Patrick Roberts : set Sentencing for 8:30 6/16/00 for Patrick Roberts before Judge Daniel T. K. Hurley (kw) [Entry date 03/31/00] |
| 6/13/00 | 26 | MOTION by Patrick Roberts to continue sentencing (kw) [Entry date 06/14/00] |
| 6/21/00 | 27 | ORDER as to Patrick Roberts granting [26-1] motion to continue sentencing reset Sentencing for 10:30 7/21/00 before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on 6/15/00) CCAP [EOD Date: 6/21/00] CCAPΔ (kw) [Entry date 06/21/00] |
| 7/13/00 | 28 | MOTION by Patrick Roberts for downward departure (kw) [Entry date 07/13/00] |
| 7/20/00 | 29 | MOTION by Patrick Roberts to continue sentencing (kw) [Entry date 07/21/00] |
| 7/28/00 | 30 | ORDER as to Patrick Roberts granting [29-1] motion to continue sentencing as to Patrick Roberts (1) reset Sentencing for 8:30 8/18/00 for Patrick Roberts before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on 7/27/00) CCAP [EOD Date: 7/28/00] CCAPΔ (kw) [Entry date 07/28/00] |
| 8/18/00 | -- | Sentencing held Patrick Roberts (1) count(s) 2 (kw) [Entry date 08/22/00] |
| 8/21/00 | 31 | JUDGMENT as to Patrick Roberts count 2 Imprisonment 151 months; Supervised Release 3 years; Assessed $ 100.00 , Count 1 dismissed ( Signed by Judge Daniel T. K. Hurley on CCAP [EOD Date: 8/22/00]  CCAP (kw) [Entry date 08/22/00] |
| 8/31/00 | 32 | NOTICE OF APPEAL by Patrick Roberts re: [31-1] judgment order . EOD Date: 8/22/00; Patrick Roberts (1) count(s) 2; ; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (dj) [Entry date 09/05/00] [Edit date 12/27/00] |
| 9/5/00 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Patrick Roberts [32-1] appeal |

Docket as of January 31, 2001 4:03 pm                                         Page 5

Proceedings include all events.  Vol #1 Cont.                    AEV
0:00cr6013-ALL USA v. Roberts                                    CLOSED APPEAL

|          |       |                                                                                                                                                                                                                       |
|----------|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |       | (dj) [Entry date 09/05/00]                                                                                                                                                                                                              |
| 9/14/00  | --    | NOTICE of Receipt of Transmittal Letter from USCA as to Patrick Roberts  Re: [32-1] appeal  USCA Number: 00-14753-I (mr) [Entry date 09/14/00]                                                                                           |
| 9/19/00  | 33    | TRANSCRIPT INFORMATION FORM as to Patrick Roberts re: [32-1] appeal received. (Forwarded to Court Reporter Coordinator) (mr) [Entry date 09/21/00]                                                                                       |
| 9/27/00  | 34    | Judgment Returned Executed as to Patrick Roberts on 9/19/00 at BOP FCC Miami (kw) [Entry date 09/28/00]                                                                                                                                  |
| 10/5/00  | 35    | Appeal Information Sheet as to Patrick Roberts re: [32-1] appeal Transcript due 11/4/00 for Patrick Roberts (mr) [Entry date 10/17/00]                                                                                                   |
| 10/20/00 | 36    | Appeal Information Sheet as to Patrick Roberts re: [32-1] appeal Transcript due 11/13/00 for Patrick Roberts (mr) [Entry date 10/23/00]                                                                                                  |
| 10/30/00 | 37    | TRANSCRIPT filed as to Patrick Roberts of Plea Hearing held 3/30/00 before Judge Daniel T.K. Hurley Volume #: 1 Pages: 1-29 re: [32-1] appeal . (mr) [Entry date 10/30/00] [Edit date 11/06/00]  Vol #3                                   |
| 10/30/00 | 38    | Appeal Information Sheet as to Patrick Roberts re: [32-1] appeal. Transcript filed on 10/30/00. (mr) [Entry date 10/30/00]                                                                                                                |
| 11/9/00  | 39    | CJA 24 as to Patrick Roberts  Authorization to Pay  Amount: $ 54.00 for Transcript  Voucher # FLST2000519 ( Signed by Judge Daniel T. K. Hurley on 10/30/00) CCAP [EOD Date: 11/13/00] (kw) [Entry date 11/13/00]                          |
| 11/20/00 | 40    | TRANSCRIPT filed as to Patrick Roberts of sentencing proceeding held 8/18/00 before Judge Daniel T. Hurley Pages: 1-27 re: [32-1] appeal. (sn) [Entry date 11/21/00]  Vol #4                                                              |
| 12/13/00 | 41    | ORDER of limited remand from USCA (certified copy) re: [32-1] appeal by Patrick Roberts. This case is REMANDED to the district court for the limited purpose of determining whether Appellant's notice of appeal, filed on 9/5/00, was untimely based on good cause or excusable neglect. Upon making the above determination, the district court shall return the record, as supplemented, to this USCA for further consideration.  USCA Order Date: 12/11/00  Copy to Judge   USCA #00-14753-II (mr) [Entry date 12/14/00] |

Proceedings include all events.                                AEV
0:00cr6013-ALL USA v. Roberts                                          CLOSED APPEAL

| | | |
|---|---|---|
| 12/22/00 | 42 | ORDER OF REFERENCE referring REMAND from the USCA for the limited purpose of determining whether Appellant's notice of appeal, was untimely based on good cause or excusable neglect to Magistrate Ann E. Vitunac as to Patrick Roberts : ( Signed by Judge Daniel K. Hurley on 12/22/00) CCAP [EOD Date: 1/4/01] CCAP (mr) [Entry date 01/04/01] |
| 12/27/00 | 43 | REPORT AND RECOMMENDATIONS of Magistrate Ann E. Vitunac as to Patrick Roberts recommending that Appellant/Defendant's Notice of Appeal be considered timely filed. Motion no longer referred. Signed on: 12/27/00 Objections to R and R due by 1/6/01 CCAP (mr) [Entry date 01/09/01] |
| 1/12/01 | 44 | CJA 24 as to Patrick Roberts  Authorization to Pay  Amount: $ 81.00 for Transcript  Voucher # FLST2000670 ( Signed by Judge Daniel T. K. Hurley on 12/19/00) CCAP [EOD Date: 1/17/01] (kw) [Entry date 01/17/01] |
| 1/30/01 | 45 | ORDER on Magistrate Judge's Report and Recommendation adopting as to Patrick Roberts [43-1] report and recommendations.  The Defendant's Notice of Appeal shall be deemed timely filed. (Signed by Judge Daniel T. K. Hurley on 1/30/01) CCAP [EOD Date: 1/31/01] CCAP   USCA# 00-14753-II (mr) [Entry date 01/31/01] |
| 2/1/01 | 46 | ORDER adopting as to Patrick Roberts [43-1] report and recommendations in its entirety and incorporated herein by reference.  Appellant/Defendant's Notice of appeal was timely filed. ( Signed by Judge Daniel T. K. Hurley on 2/1/01) CCAP [EOD Date: 2/1/01] CCAP (mr) [Entry date 02/01/01] |

*End of Vol #1*