# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

June 14, 2001

Clarence Maddox
Clerk, U.S. District Court
701 Clematis St., Room 402
West Palm Beach  FL  33401

RE: 00-14753-II       USA v. Patrick Roberts
DC DKT NO.:  00-06013 CR-DTKH



The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
    Original Exhibits, consisting of:
    Original record on appeal or review, consisting of: four volumes.

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Lisa Streeter (404) 335-6134

The psi will be returned at a later date.

Encl.

MDT-1 (1-2001)

# United States Court of Appeals
For the Eleventh Circuit

No. 00-14753

District Court Docket No.
00-06013-CR-DTKH

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

May 16, 2001

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK ROBERTS,

Defendant-Appellant.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia

Appeal from the United States District Court
for the Southern District of Florida

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion, included herein by reference, is entered as the judgment of this Court.

Entered:      May 16, 2001
For the Court: Thomas K. Kahn, Clerk
By:      Eggleston, Nataki



ISSUED AS MANDATE
JUN 1 4 2001
U.S. COURT OF APPEALS
ATLANTA, GA

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 00-14753
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 16 2001
THOMAS K. KAHN
CLERK

D.C. Docket No. 00-06013-CR-DTKH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK ROBERTS,

Defendant-Appellant.

Appeal from the United States District Court for the
Southern District of Florida

(May 16, 2001)

Before BIRCH, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Patrick Roberts appeals the 151-month sentence imposed as a result of his guilty plea for possession with intent to distribute crack cocaine in violation of 21 U.S.C. § 841(a)(1). The sole issue on appeal is whether the district court erred in

denying Roberts's motion for downward departure from career offender status under U.S.S.G. § 4B1.1.

Generally, a defendant may not appeal a district court's refusal to depart downward unless the court's refusal was based on the erroneous belief that it lacked the authority to depart. See United States v. Webb, 139 F.3d 1390, 1394 (11th Cir. 1998). Here, the court stated on the record that it recognized that it had the authority to depart downward, but explained that it did not believe a departure was appropriate in this case. The court then pronounced a 151-month sentence. Because the district court explicitly acknowledged its discretion to depart downward, we will not review the district court's discretionary denial of Roberts's motion for a downward departure. See Webb, 139 F.3d at 1394. Accordingly, we affirm.

**AFFIRMED.**

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia