UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-06013-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICK ROBERTS,

    Defendant.
_____/

### ORDER ON MOTION TO REDUCE SENTENCE

**THIS CAUSE** is before the court upon the defendant's motion to reduce sentence [DE # 49]. The court understands defendant's motion as a request to receive the benefit of the recent revisions to § 2D1.1 and § 1B1.10 of the United States Sentencing Guidelines (Amendments 706 and 713).

Preliminary review of the motion and the record in this case indicates that a reduction in sentence may be appropriate pursuant to 18 U.S.C. § 3582(c)(2). By this order, the court appoints the Office of the Federal Public Defender to represent the defendant for purposes of this motion; directs the Probation Office to provide the court and counsel with a memorandum on the defendant's eligibility; and orders the Office of the United States Attorney to show cause, if any, why the defendant's sentence should not be reduced.

If all parties agree that a reduction in sentence is appropriate pursuant to the revised guidelines, the court will enter an amended judgment without further proceedings. If the Government objects to the reduction, the court will schedule an evidentiary hearing in the presence of all parties, including the defendant.

Therefore, it is **ORDERED** and **ADJUDGED** that:

1.     The Office of the Federal Public Defender is **APPOINTED** to represent the defendant

in the resolution of this motion.

2. As soon as practicable, the Probation Office shall file with the court both the pre-sentence investigation report prepared for the defendant's original sentencing, and a short-form report regarding the defendant's eligibility for reduction of sentence. Both documents shall be made available to the Federal Public Defender and the United States Attorney. The short-form report shall describe:

   a. The calculation of the guideline imprisonment range at the time of the defendant's original sentencing;

   b. The sentence originally imposed;

   c. The calculation of the guideline imprisonment range under the revised guidelines;

   d. The defendant's institutional adjustment; and

   e. The Probation Office's recommendation.

3. Within **TWENTY (20) DAYS** of entry of this order, the United States Attorney shall **SHOW CAUSE**, if any, why the sentence should not be reduced in this case.

**DONE** and **ORDERED** in Chambers in West Palm Beach, Florida, this _5_ day of March, 2008.

Daniel T. K. Hurley
U.S. District Judge

Copies to:
Federal Public Defender
United States Probation Office
United States Attorney's Office