UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-06013-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICK ROBERTS,

    Defendant.
_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

**THIS CAUSE** is before the court upon the defendant's motion for reconsideration of the court's order denying defendant's motion to reduce sentence [DE # 53].

Upon review of the motion for reconsideration, the defendant's motion to reduce sentence, and the court's order denying that latter motion, the court concludes that there are no grounds supporting reconsideration of its earlier order.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1.    Defendant's motion for reconsideration [DE # 53] is **DENIED**.

**DONE** and **ORDERED** in Chambers in West Palm Beach, Florida, this 4th day of April, 2008.

                                                Daniel T. K. Hurley
                                               U.S. District Judge

Copies to:
Federal Public Defender
United States Probation Office
United States Attorney's Office