FILING FEE
PAID  NO
In Forma Pauperis  NO
Clarence Maddox, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by _____ D.C.
APR 1 8 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

UNITED STATES OF AMERICA,
    Respondent,

vs.

Patrick Roberts
_____/

CASE NO. 00-6013-HURLEY

REC'D by ABD D.C.
APR 2 1 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## NOTICE OF APPEAL

Notice is given on this 16, day of April, Petitioner Patrick Roberts appeals the District Court Order, denying his Motion pursuant to Reconsideration on the 4th day of April.

Respectfully Submitted

*Patrick Roberts*
Patrick Roberts
Reg. No. 55160-004
F.C.I. Miami
P.O. Box 779800
Miami, Florida 33177

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the following appeal was furnished by mail on this 16th day of April 2008, to the following:

Edward R. Ryan
United States Attorney's Office
500 E. Broward Boulevard 7th floor
Fort Lauderdale, Florida 33301-3002

*Patrick Roberts*
Patrick Roberts
Reg. No. 55160-004
F.C.I. Miami
P.O. Box 779800
Miami, Florida 33177