# UNITED STATES DISTRICT COURT
## Southern District of Florida

CLARENCE MADDOX
Clerk of Court

**08-12284 AA**

Appeal Section
305-523-5080

FILED by _____ D.C.
MAY - 6 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Date: April 22, 2008

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S. COURT OF APPEALS
RECEIVED CLERK
APR 30 2008
ATLANTA, GA

IN RE:   District Court No.: 00-6013-CR DTKH   U.S.C.A. No.: _____

Style: ROBERTS v. USA

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
| X | First Notice of Appeal: YES |
| | Date(s) of other notice(s): _____ |
| | _____ volume(s) of pleadings;  _____ volume(s) of transcripts; |
| | _____ volume(s) of exhibits/depositions; other: _____ |
| | There was no hearing from which a transcript could be made. |
| X | Copy of DOCKET SHEET enclosed. |
| | The following materials were SEALED in this court (order enclosed): _____ |
| X | The appellate docket fee has been paid  NO |
| | Date paid _____  Receipt No. _____ |
| | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| X | The Judge or Magistrate appealed from is: DANIEL T. K. HURLEY |
| X | The Court Reporter(s): PAULINE STIPES |
| | This is an appeal of a bankruptcy order. |
| | Bankruptcy Judge: _____ |
| | This is a DEATH PENALTY appeal. |

Sincerely,

Clarence Maddox, Clerk of Court

By: _Hope Hic_/
    Deputy Clerk

c:   court file

| ☒ 301 N. Miami Avenue | ☐ 299 E. Broward Boulevard | ☐ 701 Clematis Street | ☐ 301 Simonton Street | ☐ 300 South Sixth Street |
|---|---|---|---|---|
| Room 150 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 561-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |