# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 14, 2008

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI  FL  33128-1813



**Appeal Number: 08-12284-AA**
Case Style: USA v. Patrick Roberts
District Court Number:  00-06013 CR-DTKH

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.  Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on July 8, 2008.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shirley M. Brown (404) 335-6170

Encl.

DIS-2CIV (4-2008)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 08-12284-AA

UNITED STATES OF AMERICA,

                                 Plaintiff-Appellee,

versus

PATRICK ROBERTS,

                                 Defendant-Appellant.

------------------------------
Appeal from the United States District Court
for the Southern District of Florida
------------------------------

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R. 42-2c, this appeal is hereby dismissed for want of prosecution because the appellant has failed to file his brief within the time fixed by the rules, effective this 14th day of July, 2008.

                                 THOMAS K. KAHN
                     Clerk of the United States Court
                   of Appeals for the Eleventh Circuit

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

                          Shirley M. Brown
                           Deputy Clerk

                  FOR THE COURT - BY DIRECTION