# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 17, 2008

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI FL 33128-1813

**Appeal Number: 08-12284-AA**
Case Style: USA v. Patrick Roberts
District Court Number: 00-06013 CR-DTKH



The referenced appeal was dismissed July 14, 2008.

This dismissal was issued in error and this appeal has been clerically reinstated.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shirley Brown/aw 404-335-6170

Encl.

REINST-1 (03-2004)